**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

Electronically Filed
Intermediate Court of Appeals
CAAP-20-0000531
18-DEC-2020
09:15 AM
Dkt. 38 ODMR

NO. CAAP-20-0000531

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

CH, Plaintiff-Appellant, v.
JH, Defendant-Appellee

APPEAL FROM THE FAMILY COURT OF THE THIRD CIRCUIT
(CASE NO. FC-D 17-1-249K)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Ginoza, Chief Judge, Leonard and Wadsworth, JJ.)

Upon consideration of the December 14, 2020 Motion Requesting Review of Certified Record on Appeal and Certified Transcripts on record, by self-represented Plaintiff-Appellant CH, which the court construes as a motion for reconsideration of the December 4, 2020 Order Granting Motion to Dismiss Appeal, the papers in support, and the record, it appears the court did not overlook or misapprehend any point of law or fact when it entered the December 4, 2020 order. Hawaiʻi Rules of Appellate Procedure Rule 40(b).

Therefore, IT IS HEREBY ORDERED that the motion for reconsideration is denied.

DATED: Honolulu, Hawaiʻi, December 18, 2020.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Katherine G. Leonard
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge